# AFFIDAVIT OF S.A. JOSEPH MICHAEL HARRISON

BEFORE ME, the undersigned authority, personally came and appeared, Joseph Michael Harrison, who, after being duly sworn, stated the following information, which he acknowledges as true to the best of his knowledge and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. Randy Tyrone FULLER is a prohibited person and has made a false statement as to a material fact on ATF Form 4473 (Firearms Transaction Record) during an attempt to acquire a firearm from a licensed dealer. This affidavit is made in support of a criminal complaint.

2. Affiant is an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), who is empowered to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. Affiant is classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes. Affiant has been employed as a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since 2019. Affiant is currently assigned to the ATF Atlanta Field Division, ATF Macon Field Office.

3. Affiant has a Bachelor of Science in Criminal Justice from Troy University. Affiant has seven years of previous law enforcement experience as a United States Border Patrol Agent in Douglas, Arizona. During those seven years with the Border Patrol, Affiant enforced violations of federal immigration and controlled substance laws. In February of 2019, Affiant began working with ATF. Affiant previously graduated from the Federal Law Enforcement Training Center's Border Patrol Academy in Artesia, New Mexico. Affiant also graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training in Glynco, Georgia. Affiant was trained in various disciplines including Federal Criminal Law and Investigations.

4. Affiant has conducted and participated in investigations into the unlawful

possession of firearms by prohibited persons as it pertains to Title 18, United States Code, Section 922(g).

5. Through investigations, training, discussions with other law enforcement officers, debriefings of cooperating defendants, confidential sources, and other witnesses in the illegal possession and trafficking of firearms, Affiant is familiar with the methods of operation typically utilized by firearm traffickers and prohibited possessors to obtain firearms.

## PURPOSE OF AFFIDAVIT

6. Affiant is currently participating in an investigation of a prohibited person seeking to acquire a firearm in the state of Georgia (including the Middle District of Georgia), specifically, Randy Tyrone FULLER, W/M, DOB: 02/28/1969, SSN: ***-**-9670. This investigation began on September 8, 2025, and is being conducted by agents of the ATF. This Affidavit shows that there is probable cause to believe that Randy Tyrone FULLER violated Title 18, United States Code, Sections 924(a)(1)(A), False Statements During Acquisition of a Firearm from a Licensed Dealer.

## BASIS OF INVESTIGATION

7. As a result of Affiant's personal participation in this investigation and reports made to him by other law enforcement officers, Affiant is familiar with this investigation. On the basis of this familiarity, and on the basis of other information that Affiant has reviewed and determined to be reliable, Affiant declares that the facts contained in this Affidavit show that there is probable cause to believe that Randy Tyrone FULLER has committed a violation of Title 18, United States Code, Sections 922(a)(6).

8. Affiant makes this Affidavit, in part, based on personal knowledge derived from his participation in this investigation, and on his training and experience in investigating firearm offenses. The sources of Affiant's knowledge and information are as follows:

a. Certified Conviction Record- Peach County Superior Court, Case 05-CR-072: Indictment, Guilty Plea, and Final Disposition for Randy Tyrone FULLER- Count 1:Aggravated Assault on Peace Officer, Count 2: Aggravated Assault, filed July 19, 2007.

b. Judgment in a Criminal Case- United States District Court, Middle District of Georgia, Case 5:12-CR-00035-001(CAR): Guilty Adjudication of Randy Tyrone FULLER- Possession of a Firearm by a Convicted Felon, filed October 2, 2015.

c. Acknowledgement of Prohibition Against Receiving, Shipping, Possessing, Transporting, or Attempting to Purchase a Firearm- signed by Randy FULLER on January 27, 2012.

d. Parole documents pertaining to Randy Tyrone FULLER.

e. ATF Denial Enforcement and NICS Intelligence Branch, NICS Referral Application Field Office Reports, documenting FULLER's seven (7) attempts to purchase a handgun from Federal Firearms Licensees spanning the dates of 3/17/2025 to 10/22/2025.

f. FedEx proof-of-delivery for tracking number: 884227207522, an ATF Warning Notice of Firearms/Ammunition Prohibition, delivered September 10, 2025, and signed for by "R. Fuller".

g. Special Agent Joseph Harrison and Special Agent Isaih Bell's knock and talk encounter with Randy FULLER at his residence on October 20, 2025.

9. Except where indicated otherwise, the information set forth in this Affidavit has been provided to Affiant directly or indirectly by Affiant, other ATF Special Agents and ATF Task Force Officers.

**<u>FACTS ESTABLISHING PROBABLE CAUSE</u>**

A. <u>General Background of the Case:</u>

10. On September 8, 2025, SA Harrison was assigned to follow-up on a lead generated after the attempted purchase of a firearm by Randy Tyrone FULLER, a convicted felon. NICS,

the National Instant Criminal Background Check System, is a Federal Bureau of Investigation (FBI) administered system that firearms dealers use to determine if a person can legally purchase a firearm. The process involves a Federal Firearms Licensee (FFL) submitting the prospective buyer's information to NICS, which checks databases like the Interstate Identification Index, National Crime Information Center, and the NICS Index to check for disqualifying records, such as felony conviction or other prohibitions.

11. The lead received by SA Harrison indicated that FULLER, a convicted felon, had attempted to purchase a handgun on 3/17/2025 from Bass Pro Shops in Macon, GA. FULLER was denied after the NICS check and the firearm was not transferred. Again on 9/3/2025, FULLER attempted to purchase a handgun from Academy Sports in Warner Robins, GA. FULLER was again denied after the NICS check and the firearm was not transferred.

12. The case was referred to the ATF Macon Field Office as a standard denial, indicating that the firearms were not transferred and SA Harrison was tasked with submitting a warning notice to FULLER at his address of record, 515 Peggy Drive, Fort Valley, GA 31030. On September 9, 2025, SA Harrison prepared a warning notice and submitted the letter via FedEx, signature service requested. FedEx delivered the letter on September 10, 2025, and it was signed for by "R. FULLER".

13. On October 17, 2025, SA Harrison received another lead from NICS indicating that FULLER had attempted three additional firearm purchases since the last referral. FULLER attempted to purchase a handgun on 9/6/2025 from Bass Pro Shops in Macon, GA. FULLER was denied after the NICS check and the firearm was not transferred. On the same date, 9/6/2025, FULLER attempted to purchase a handgun from Barrow Guns in Butler, GA. FULLER was denied after the NICS check and the firearm was not transferred. Then again, on 10/16/2025, approximately five weeks after FULLER received the ATF warning notice, FULLER attempted to purchase a handgun from Academy Sports in Warner Robins, GA. FULLER was denied and

the firearm was not transferred.

14. While reviewing this case, SA Harrison confirmed NICS findings that FULLER was in a prohibited category—a convicted felon. A review of FULLER's criminal history, FULLER's probation and parole documents, and an ATF investigation- case: 771035-11-0036 initiated March 22, 2011, revealed that FULLER had been convicted in Peach County Superior Court in case 05-CR-072 for the offenses of Count 1: Aggravated Assault on a Peace Office and Count 2: Aggravated Assault, on July 19, 2007. FULLER was sentenced to twenty years, serve seven, with the remaining thirteen years on probation. Probation documents showed that FULLER signed an Acknowledgement of Prohibition Against Receiving, Shipping, Possessing, Transporting, or Attempting to Purchase a Firearm on January 27, 2012. Additionally, FULLER was convicted in the United States District Court for the Middle District of Georgia in case 5:12-CR-00035-001(CAR) for the offense of Possession of a Firearm by a Convicted Felon and sentenced on October 2, 2015. FULLER was sentenced to time served with three years on supervised release.

15. A review of FULLER's parole documents revealed the circumstances leading to the 2011 ATF investigation resulting in FULLER's federal conviction. On or about March 8, 2011, a parole search of FULLER's residence, in which he was the sole occupant, uncovered a shotgun with an altered barrel and a box of .45 caliber ammunition. Parole Officer Charles Arnold's report indicated that FULLER told him the recovered firearm was a primitive weapon and he had the right to defend himself. FULLER's parole was revoked on March 18, 2011. Chief Parole Officer, James Bergman's comments on the parole report indicated the following: "While I have no idea why this subject had a firearm, there is no question that he did. In fact, he had already shortened the shotgun by sawing off the barrel and the stock and was in the process of (crudely) rifling the barrel. The fact that he is serving for Aggravated Assault on a Peace Officer, along with the new possession of a firearm shows that he has a complete lack of respect for the

law and therefore is an extreme danger."

16. On October 20, 2025, SA Harrison and SA Isaih Bell went to 515 Peggy Drive, Fort Valley, Georgia for the purpose of conducting meeting with Randy Tyrone FULLER. Prior to the contact, SA Harrison had queried FULLER's Georgia Driver's license and viewed the image of FULLER on the license issued 11/14/2023. After knocking on the door, a subject that SA Harrison identified as Randy Tyrone FULLER answered the door. SA Harrison addressed the subject as Mr. Randy FULLER and told FULLER that he had recently sent him a letter. SA Harrison produced his ATF credentials and showed them to FULLER, who immediately changed disposition and became belligerent, stating that he wasn't going to talk to a "Fed" and that he wasn't "Randy" anyway. As FULLER closed the door on SA Harrison, SA Harrison advised FULLER that he knew he was indeed Randy FULLER. SA Harrison stood on the porch momentarily to fill in the date and address of service on another warning notice advising FULLER of his prohibited status. Before the notice could be completed, FULLER opened the door again and continued in a belligerent manner to state that he did not care what the NCIC (National Crime Information Center) or the ATF's records have to say about him, that it was his right to have firearms. SA Harrison attempted to ask FULLER about his felony convictions, but FULLER declined to answer and shut the door. SA Harrison left a copy of the ATF warning notice folded in the crevice of the storm door and departed from the residence.

17. On October 23, 2025, SA Harrison went to Academy Sports, located at 2907 Watson Blvd, Warner Robins, GA 31093. SA Harrison met with store management and requested copies of the ATF Form 4473 documents for the attempted purchases by FULLER on 9/3/25 and 10/16/25. SA Harrison was provided with the requested documents. In both forms, SA Harrison observed that FULLER answered "No" to question 21.(d) "Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including

probation?"

18. On October 24, 2025, SA Harrison received the third lead from the ATF Denial Enforcement and NICS Intelligence Branch, indicating that FULLER made two additional attempts to purchase a firearm on October 22, 2025, two days after SA Harrison contacted FULLER at his residence regarding his attempted firearm purchases while in a prohibited status. NICS Transaction Number (NTN): 103VMMPZD, indicated that on 10/22/2025 at approximately 11:49am, FULLER was denied during the background check in an attempted purchase of a handgun from Barrow Guns, in Butler, GA. NTN: 103VN543W, indicated that on the same date, 10/22/2025 at approximately 5:45pm, FULLER was again denied during the background check in an attempted purchase of a handgun from Grove Pawn & Gun, in Locust Grove, GA.

19. Based on the foregoing facts along with the prior investigation, there is probable cause to believe that FULLER committed an act in violation of Title 18, United States Code, Section 922(a)(6), False Statements During Acquisition of a Firearm from a Licensed Dealer.

s/ Joseph Michael Harrison
Joseph Michael Harrison
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to in my presence on the 27th day of October, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge